IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

APEX BANK
formerly known as
Bank of Camden,

    Plaintiff,

      v.

                             CIVIL ACTION FILE
                             NO. 1:17-CV-985-TWT

CHILD FIRST 24 HOUR
CHILDCARE
PRIVATE PRESCHOOL INC.,

    Defendant.

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action for lack of subject matter jurisdiction to the Magistrate Court of DeKalb County. The Defendant's Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

T:\ORDERS\17\Apex Bank\r&r.wpd

SO ORDERED, this 14 day of July, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge